IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PATRICK EVANS, individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | Case No. 3:18-cv-00055 Case No. 3:17-cv-01281, consolidated |
| v. ) ) ) | JUDGE WILLIAM L. CAMPBELL |
| OLIVINA NAPA VALLEY, LLC, ) ) ) ) | MAGISTRATE JUDGE ALISTAIR NEWBERN |
| Defendant. ) | |

**DEFENDANT OLIVINA NAPA VALLEY, LLC'S MOTION TO DISMISS CLASS ACTION COMPLAINT AND/OR, IN THE ALTERNATIVE, TO STAY ACTION**

Defendant Olivina Napa Valley, LLC ("Olivina") respectfully moves the Court: (1) pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's Class Action Complaint (the "Complaint") because the label on Defendants' products expressly discloses all the ingredients contained therein, and, as a matter of law, no reasonable consumer could be misled or deceived by the Products' labeling; and/or (2) to stay Plaintiff's Class Action Complaint pursuant to the doctrine of primary jurisdiction, as the Food and Drug Administration ("FDA") has initiated the formal regulatory process to determine the appropriate use of the term "natural" on cosmetics labeling, and has stated that it will soon provide guidance to the Court on the meaning of the term "natural" in this context; and (3) to dismiss Plaintiff's claims under the Tennessee Consumer Protection Act, because the statute expressly excludes civil class action lawsuits. In support of the Motion, Olivina relies upon its Memorandum of Law and supporting authorities filed contemporaneously herewith.

1

Respectfully Submitted,

/s/ Lauren Kilgore
Jay S. Bowen, TN BPR No. 2649
Lauren E. Kilgore, TN BPR No. 30219
SHACKELFORD BOWEN MCKINLEY & NORTON LLP
47 Music Square East
Nashville, TN 37203
P: 615-329-4440
F: 615-329-4485
jbowen@shackelfordlaw.net
lkilgore@shackelfordlaw.net

*Attorneys for Defendant Olivina Napa Valley LLC*

# CERTIFICATE OF SERVICE

I, Lauren Kilgore, hereby certify that on this March 15, 2018, a copy of the foregoing pleading was filed electronically with this Court. Notice of this filing will be sent by operation of the Court's Electronic Filing System to the following counsel of record:

**James Gerard Stranch, IV**
**Benjamin A. Gastel**
BRANSTETTER, STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa Parks Avenue
Suite 200
Nashville, TN 37203
P: 615-254-8801
F: 615-255-5410
gerards@bsjfirm.com
beng@bsjfirm.com

**Jason Sultzer**
**Adam R. Gonnelli**
**Joseph Lipari**
**Jeremy Francis**
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
P: 845-483-7100
F: 888-749-7747
sultzerj@thesultzerlawgroup.com
gonnellia@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

**Melissa Weiner**
HAULNEN LAW
1650 IDS Center
80 South Eight Street
Minneapolis, MN 55402
P: 612-605-4098
weiner@halunenlaw.com

*Attorneys for Plaintiffs Patrick Evans, et al.*

                                                                 /s/ Lauren Kilgore